UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NABORS DRILLING USA, LP, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:06-CV-03232 |
| § | |
| MARKOW WALKER & REEVES, P.A., § | |
| MARKOW, WALKER, P.A.; MICHAEL § | |
| YOUNG, AND ROBERT NILES HOOPER, § | |
| § | |
| Defendants. § | |

### ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER THE MISSISSIPPI II CASE BACK TO THE SOUTHERN DISTRICT OF MISSISSIPPI

On the 11th day of December, 2006, came on to be heard Defendants' Motion to Transfer the Mississippi II Case Back to the Southern District of Mississippi and, the Court, after being advised of the premises, after having read the above-referenced Motion, any Response to such Motion, is of the opinion that the Motion is well grounded both in law and in fact, and should be, in all things, GRANTED. It is, therefore,

ORDERED, ADJUDGED, AND DECREED, that Defendants' Motion to Transfer the Mississippi II Case Back to the Southern District of Mississippi is, in all things, GRANTED, and this case is transferred to the Southern District of Mississippi.

SIGNED this 11th day of December, 2006.

_____
United States District Judge

TRUE COPY I CERTIFY
ATTEST: 1-25-07
MICHAEL N. MILBY, Clerk
By_____
Deputy Clerk